ANNA ROSE et al., Appellants, *v.* DAILY MIRROR, INC., Respondent.

Submitted February 24, 1941; decided March 4, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 284 N. Y. 335.)

MARY HARRIS, Appellant, *v.* SANDEL MANUFACTURING COMPANY, Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*Eugene T. O' Neill* for motion.

No one opposed.

Motion granted and appeal dismissed.